# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-52632 |
| | Adv. No. 21-2062 |
| **JODI S. ADKINS** | Ch. 7 |
| **Debtor.** | |
| | Judge Mina Nami Khorrami |
| **JODI S. ADKINS** | |
| Plaintiff, | |
| v. | |
| **U.S. DEPT. OF EDUCATION, et al.** | |
| Defendants. | |

### NOTICE OF DISMISSAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a FEDLOAN SERVICING WITHOUT PREJUDICE

Plaintiff Jodi Adkins hereby gives notice of the voluntarily dismissal WITHOUT PREJUDICE of all claims asserted in adversary case number 21-2062 against Defendant Pennsylvania Higher Education Assistance Agency d/b/a Fedloan Servicing pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), as made applicable by Federal Rule of Bankruptcy Procedure 7041.

Respectfully submitted,

**THE LEGAL AID SOCIETY OF COLUMBUS**

*/s/ Melissa B. Linville*
Melissa Baker Linville (0088163)
1108 City Park Avenue
Columbus, OH 43206
614.224.8374
614.224.4514 (fax)
mlinville@columbuslegalaid.org

**ICE MILLER LLP**

John C. Cannizzaro (0085161)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Facsimile: (614) 232-6923
john.cannizzaro@icemiller.com

Attorneys for Plaintiff Jodi Adkins

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on December 16, 2021, addressed to:

Nicholas Peachey
Legal Services Division
Pennsylvania Higher Education Assistance Agency
1200 North 7th St.
Harrisburg, PA 17102

Jodi Adkins
1268 Lockbourne Rd.
Columbus, OH 43206