**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Mina Nami Khorrami*
Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: October 19, 2022**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **Jodi S. Adkins**, | ) | Case No. 21-52632 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Nami Khorrami |
| | ) | |

_____

| | | |
|---|---|---|
| **Jodi S. Adkins**, | ) | |
| | ) | Adv. Pro. No. 21-2062 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **US Department of Education**, | ) | |
| | ) | |
| Defendant. | ) | |

_____

### AGREED ORDER CONTINUING TRIAL AND STAYING CASE (DOC. 20)

This matter is before the Court on the *Joint Motion to Continue Trial and Stay Case*

(Doc. No. 20).  The Court finds upon representation of the parties that the parties are involved in

meaningful settlement negotiations that may resolve the adversary proceeding.

It is therefore ordered that the trial currently scheduled for November 21, 2022 at 10:00 a.m. is continued to **April 13, 2023 at 10:00 a.m. in Courtroom A, Fifth Floor, U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215**.

It is further ordered that the pretrial conference set in this case is hereby continued to **March 13, 2023 at 1:00 p.m**.  To participate in the pretrial conference, parties should call 888−557−8511 and use access code 8042212. Parties should consult the Courts website at https://www.ohsb.uscourts.gov/judge-nami-khorrami-policies-and-procedures for further instructions on participation in the pretrial conference. Please call in not later than 5 minutes prior to the scheduled pretrial conference time.

**IT IS SO ORDERED.**


cc:    Bethany J. Hamilton, Attorney for Defendant US Department of Education
       John Cannizzaro, Attorney for Plaintiff
       Melissa Baker Linville, Attorney for Plaintiff